| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | NIBA Designs, Inc |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-4726056 |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 3609 N 29th Ave <br> Hollywood, FL 33020 <br> Number, Street, City, State & ZIP Code <br><br> Broward <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.NIBADesigns.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | NIBA Designs, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    NIBA Designs, Inc                                                      Case number (*if known*)
_____              _____
          Name

**11. Why is the case filed in**    *Check all that apply:*
    **this district?**
                                    ☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ☒ No
    **have possession of any**       ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                               ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                                 What is the hazard?  _____

                                               ☐ It needs to be physically secured or protected from the weather.

                                               ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                               ☐ Other  _____
                                               **Where is the property?**   _____

                                                                           Number, Street, City, State & ZIP Code

                                               **Is the property insured?**
                                               ☐ No
                                               ☐ Yes.    Insurance agency  _____

                                                         Contact name  _____

                                                         Phone  _____


▮  **Statistical and administrative information**

**13. Debtor's estimation of**      .    *Check one:*
    **available funds**
                                    ☒ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**         ☒ 1-49                        ☐ 1,000-5,000                  ☐ 25,001-50,000
    **creditors**                   ☐ 50-99                       ☐ 5001-10,000                  ☐ 50,001-100,000
                                    ☐ 100-199                     ☐ 10,001-25,000                ☐ More than100,000
                                    ☐ 200-999

**15. Estimated Assets**            ☐ $0 - $50,000               ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☒ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**       ☐ $0 - $50,000               ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐  $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   NIBA Designs, Inc                                      Case number (*if known*)_____
         _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 13, 2025
               _____
               MM / DD / YYYY

**X** /s/  John Berryman                              John Berryman
_____              _____
Signature of authorized representative of debtor    Printed name

Title    President
         _____

**18. Signature of attorney**

**X** /s/ Chad Van Horn                         Date   August 13, 2025
_____                     _____
Signature of attorney for debtor                     MM / DD / YYYY

Chad Van Horn
_____
Printed name

Van Horn Law Group, P.A.
_____
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
_____
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166         Email address   chad@cvhlawgroup.com
                _____                    _____

64500 FL
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    NIBA Designs, Inc

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 13, 2025              **X** /s/   John Berryman
Signature of individual signing on behalf of debtor

John Berryman
Printed name

President
Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | NIBA Designs, Inc |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 6031 Carol Stream, IL 60197 | | | | | | $79,891.85 |
| Capital One PO Box 60519 City of Industry, CA 91716 | | | | | | $51,160.26 |
| DMS/Professional Tax Alliance LLC 154 Main Street, Suite 104 Matawan, NJ 07747 | | Accounting services | | | | $12,300.00 |
| Florida Department of Revenue PO Box 6668 Tallahassee, FL 32314-6668 | | Sales and Use Tax | | | | $13,653.08 |
| Funding Circle 707 17th Street, Suite 2200 Denver, CO 80202 | | Loan | | | | $53,756.30 |
| Global Merchants 7 Logistics P Ltd. 2nd Floor, NEFFA Building Kalopul, Kathmandu 44600 Nepal | | | | | | $23,181.15 |
| Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101 | | Taxes | | | | $0.00 |

| Debtor | NIBA Designs, Inc | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Loan Builder c/o Swift Financial LLC Attn:   Bankruptcy Notice 2211 North First Street San Jose, CA 95131 | | | | | | $88,411.42 |
| Ritesh Mehar 540/53 Jhamsikhel, Ward No. 3 North of Bhairabnath Temple Lalitpur, Bagmati Nepal | | | | | | $5,250.00 |
| Sichu Khairgoli 540/53 Jhamsikhel, Ward No. 3 North of Bhairabnath Temple Lalitpur, Bagmati Nepal | | | | | | $4,000.00 |
| U.S. Small Business Administration 51 SW First Avenue, Suite 201 33130 | | City National Bank of Florida Accounts Receivable Accounts Receivabl3e See attached Exhibit A/B - 21 - Rug Stock List See attached Exhibit A/B - 39   See attached Exhibit A/B - 41 - Office Equipment, et al. Forklift; Uline pallet truck; vacuum cleaner; scale; Standard Hardwood Carpet End Dolly; Uline Convertible Steel Hand Truck with Pneumatic Wheels; 5 ladders from 36" to 144" | | $2,000,000.00 | $157,574.79 | $1,842,425.21 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___NIBA Designs, Inc___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................. $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $ _____157,574.79_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $ _____157,574.79_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____2,000,000.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ _____13,653.08_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ _____714,450.98_

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ _____2,728,104.06_

**Fill in this information to identify the case:**

Debtor name      NIBA Designs, Inc

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | City National Bank of Florida | Business Checking | 3822 | $45,439.64 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $45,439.64

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | 11a. 90 days old or less: | 32,266.15 | - | 0.00 | = .... | $32,266.15 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | NIBA Designs, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:    82,352.87   -   82,352.87   =....      $0.00

face amount      doubtful or uncollectible accounts

---

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$32,266.15

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** <br> See attached Exhibit A/B - <br> 21 - Rug Stock List | July 2025 | $871,043.72 | Debtor's opinion | $69,683.50 |
| **22.**   **Other inventory or supplies** | | | | |

**23.**    **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$69,683.50

**24.**    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

Debtor    NIBA Designs, Inc                                           Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** See attached Exhibit A/B - 39 | $6,281.50 | Debtor's Opinion | $6,281.50 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See attached Exhibit A/B - 41 - Office Equipment, et al. | $2,280.00 | Debtor's Opinion | $2,280.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.    Copy the total to line 86.

   $8,561.50

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☒ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Forklift; Uline pallet truck; vacuum cleaner; scale; Standard Hardwood Carpet End Dolly; Uline Convertible Steel Hand Truck with Pneumatic Wheels; 5 ladders from 36" to 144" | $624.00 | Debtor's opinion | $1,624.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   $1,624.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No

| Debtor | NIBA Designs, Inc | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor    NIBA Designs, Inc
Name

Case number *(if known)*

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45,439.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,266.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $69,683.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,561.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,624.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,574.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $157,574.79 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    NIBA Designs, Inc

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** U.S. Small Business Administration<br>Creditor's Name<br><br><br><br>51 SW First Avenue, Suite 201<br>33130<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>4/2020<br>**Last 4 digits of account number**<br>7104<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>City National Bank of Florida; Accounts Receivable; Accounts Receivabl3e; See attached Exhibit A/B - 21 - Rug Stock List; See attached Exhibit A/B - 39 ; See attached Exhibit A/B - 41 - Office Equipment, et al.; Forklift; Uline pallet truck; vacuum cleaner; scale; Standard Hardwood Carpet End Dolly; Uline Convertible Steel Hand Truck with Pneumatic Wheels; 5 ladders from 36" to 144"<br><br>**Describe the lien**<br>Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000,000.00 | $157,574.79 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,000,000.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Attorney for SBA<br>99 NE 4th Street<br>33132 | Line   2.1 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | NIBA Designs, Inc | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

Line  2.1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    NIBA Designs, Inc

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,653.08 | $13,653.08 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales and Use Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 6031<br>Carol Stream, IL 60197<br>**Date(s) debt was incurred** 2024/2025<br>**Last 4 digits of account number** 3004 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $79,891.85 |

Debtor    NIBA Designs, Inc
          _____    Case number (if known)   _____
          Name

| | | |
|---|---|---|

**3.2** | Nonpriority creditor's name and mailing address<br>Beth Arrowood<br>3609 N 29th Avenue<br>Hollywood, FL 33020 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$301,500.00**

Date(s) debt was incurred  10/2024 to 12/2024

Last 4 digits of account number _

Basis for the claim:  Insider Loan to Debtor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address<br>Capital One<br>PO Box 60519<br>City of Industry, CA 91716 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51,160.26**

Date(s) debt was incurred  2023 - 2025

Last 4 digits of account number  8467

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address<br>DMS/Professional Tax Alliance LLC<br>154 Main Street, Suite 104<br>Matawan, NJ 07747 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,300.00**

Date(s) debt was incurred  2025

Last 4 digits of account number _

Basis for the claim:  Accounting services

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address<br>Funding Circle<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,756.30**

Date(s) debt was incurred  November 2023

Last 4 digits of account number _

Basis for the claim:  Loan

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address<br>Global Merchants 7 Logistics P Ltd.<br>2nd Floor, NEFFA Building<br>Kalopul, Kathmandu 44600 Nepal | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,181.15**

Date(s) debt was incurred  2025

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address<br>John Berryman<br>3609 N. 29th Avenue<br>Hollywood, FL 33020 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95,000.00**

Date(s) debt was incurred  6/2021 to 2/2025

Last 4 digits of account number _

Basis for the claim:  Insider Loan to Debtor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address<br>Loan Builder c/o Swift Financial LLC<br>Attn:  Bankruptcy Notice<br>2211 North First Street<br>San Jose, CA 95131 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88,411.42**

Date(s) debt was incurred  May 2024

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address<br>Ritesh Mehar<br>540/53 Jhamsikhel, Ward No. 3<br>North of Bhairabnath Temple<br>Lalitpur, Bagmati Nepal | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,250.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | NIBA Designs, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

Sichu Khairgoli
540/53 Jhamsikhel, Ward No. 3
North of Bhairabnath Temple
Lalitpur, Bagmati Nepal

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew B. Glaab, Esq.<br>Cohn & Dussi<br>255 State Street, Suite 7B<br>0210 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | iBusiness Funding<br>PO Box 206536<br>Dallas, TX 75320-6536 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | iBusiness Funding<br>PO Box 1719<br>Portland, OR 97207 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Internal Revenue Service<br>1248 North University Drive<br>33322-2032 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  13,653.08 |
| **5b. Total claims from Part 2** | 5b.  + | $  714,450.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  728,104.06 |

---

**Fill in this information to identify the case:**

Debtor name ___NIBA Designs, Inc___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Business premise lease for 3609 N 29th Avenue, Hollywood, FL 33020 | |
| | State the term remaining | through September 30, 2029 | BRE Alpha Industrial Property Owner, LLC c/o Colliers International Attn: Industrial Property Mgmt 3444 Main Highway, 2nd Floor Miami, FL 33133 |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Non-Storage License Agreement (for workspace premises located at 131 Varick Street, Suite 912, New York NY 10013 | |
| | State the term remaining | Expires October 31, 2026 | SM I MMS LLC dba Workspace Offices at Manhattan Mini Storage 5030 Broadway Suite 601 New York, NY 10034 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___NIBA Designs, Inc___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Beth Arrowood | 3609 N 29th Avenue Hollywood, FL 33020 | U.S. Small Business Administration | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Beth Arrowood | 3609 N 29th Avenue Hollywood, FL 33020 | Funding Circle | ☐ D _____ ☒ E/F ___3.5___ ☐ G _____ |
| 2.3 | Beth Arrowood | 3609 N 29th Avenue Hollywood, FL 33020 | Loan Builder c/o Swift Financial LLC | ☐ D _____ ☒ E/F ___3.8___ ☐ G _____ |
| 2.4 | Beth Arrowood | 3609 N 29th Avenue Hollywood, FL 33020 | Capital One | ☐ D _____ ☒ E/F ___3.3___ ☐ G _____ |
| 2.5 | John Berryman | 3609 N. 29th Avenue Hollywood, FL 33020 | U.S. Small Business Administration | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.6 | John Berryman | 3609 N. 29th Avenue Hollywood, FL 33020 | Loan Builder c/o Swift Financial LLC | ☐ D _____ ☒ E/F ___3.8___ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    NIBA Designs, Inc                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.7    John Berryman          3609 N. 29th Avenue          American Express          ☐ D _____
                              Hollywood, FL 33020                                    ☒ E/F ___3.1___
                                                                                     ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name ___NIBA Designs, Inc___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $821,565.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $2,096,383.28 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $3,640,042.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  NIBA Designs, Inc                                                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Khoyuk Carpet | May to July 2025 | $34,965.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Longpoint Property Group LLC | May; June, July 2025 - Rent | $49,848.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Rent_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    NIBA Designs, Inc                   Case number *(if known)*

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | $2,500.00 - 3/31/25 (cost retainer)$4,000.00 - 4/14/25 (attorney retainer)$2,000.00 - 4/14/25 (attorney retainer)$4,000.00 - 4/14/25 (attorney retainer) | |
| | Van Horn Law Group PA | Attorney fee retainer $10,000.00; Cost retainer $2,500.00.   Total paid: $12,500.00. Reduction for pre-filing attorney fees: $9,717.50 and filing fee of $1,738.00 leaving attorney fee retainer of $282.50 and cost retainer of $762.00. | | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement

Debtor    NIBA Designs, Inc                                    Case number *(if known)*

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | NIBA Designs, Inc | Case number *(if known)* | |
|--------|-------------------|---------------------------|--|

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| SM I MMS LLC<br>131 Varick Street, Suite 912<br>New York, NY 10013 | Karen DiCostanzo | PENDING | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.<br>☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.<br>☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.<br>☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|

| Debtor | NIBA Designs, Inc | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|------------------------|-------------------------------------|----------------|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|------------------|
| 26a.1.   Hacker & Romano<br>3300 N. 29th Avenue, Suite 102<br>Hollywood, FL 33020 | 2018 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------|
| 26c.1.   John Berryman<br>3609 N. 29th Avenue<br>Hollywood, FL 33020 | |
| 26c.2.   Beth Arrowood<br>3609 N 29th Avenue<br>Hollywood, FL 33020 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|------------------|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|------------------|------------------|------------------|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Beth Arrowood | 3609 N 29th Avenue<br>Hollywood, FL 33020 | Owner and CEO | 97% |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    NIBA Designs, Inc _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| John Berryman | 3609 N. 29th Avenue Hollywood, FL 33020 | President | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Beth Arrowood 3609 N 29th Avenue Hollywood, FL 33020 | $53,442.09 | 6/2024 to 6/2025 | Salary |
| | **Relationship to debtor** Owner/CEO | | | |
| 30.2. | John Berryman 3609 N. 29th Avenue Hollywood, FL 33020 | $105,041.37 (Salary: $38,190.29; Expense Reimbursement: $21,851.08; Loan Repayment: $45,000.00) | 6/2024 to 6/2025 | |
| | **Relationship to debtor** President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    NIBA Designs, Inc                                      Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 13, 2025

/s/   John Berryman                                              John Berryman
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

# United States Bankruptcy Court
## Southern District of Florida

In re  NIBA Designs, Inc
_____
Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beth Arrowood<br>3609 N 29th Avenue<br>Hollywood, FL 33020 | Common | | 97% |
| Giselle Kovac<br>3609 N. 29th Avenue<br>Hollywood, FL 33020 | Common | | 3% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  August 13, 2025
_____

Signature  /s/  John Berryman
_____
John Berryman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   NIBA Designs, Inc _____       Case No. _____
                        Debtor(s)             Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     August 13, 2025 _____        /s/  John Berryman _____
                                                    John Berryman /President
                                                Signer/Title

American Express
PO Box 6031
Carol Stream, IL 60197


Andrew B. Glaab, Esq.
Cohn & Dussi
255 State Street, Suite 7B
0210


Beth Arrowood
3609 N 29th Avenue
Hollywood, FL 33020


BRE Alpha Industrial Property Owner, LLC
Attn: Industrial Property Mgmt
c/o Colliers International
3444 Main Highway, 2nd Floor
Miami, FL 33133


Capital One
PO Box 60519
City of Industry, CA 91716


DMS/Professional Tax Alliance LLC
154 Main Street, Suite 104
Matawan, NJ 07747


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668


Funding Circle
707 17th Street, Suite 2200
Denver, CO 80202


Global Merchants 7 Logistics P Ltd.
2nd Floor, NEFFA Building
Kalopul, Kathmandu 44600 Nepal


iBusiness Funding
PO Box 1719
Portland, OR 97207


iBusiness Funding
PO Box 206536
Dallas, TX 75320-6536


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101


Internal Revenue Service
1248 North University Drive
33322-2032

```
John Berryman
3609 N. 29th Avenue
Hollywood, FL 33020


Loan Builder c/o Swift Financial LLC
Attn:  Bankruptcy Notice
2211 North First Street
San Jose, CA 95131


Ritesh Mehar
540/53 Jhamsikhel, Ward No. 3
North of Bhairabnath Temple Lalitpur, Ba


Sichu Khairgoli
540/53 Jhamsikhel, Ward No. 3
North of Bhairabnath Temple Lalitpur, Ba


SM I MMS LLC
dba Workspace Offices at Manhattan Mini
5030 Broadway Suite 601
New York, NY 10034


U.S. Attorney for SBA
99 NE 4th Street
33132


U.S. Small Business Administration
51 SW First Avenue, Suite 201
33130


U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416
```