**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

NIBA DESIGNS, INC.,

Case No.: 25-19316-SMG
Chapter 11

Debtor-in-Possession.
______________________________/

**FINAL REPORT AND EX-PARTE MOTION FOR ENTRY OF FINAL DECREE**

NIBA DESIGNS, INC. (the "Debtor"), by and through undersigned counsel, files this *Final Report and Ex-Parte Motion for Entry of Final Decree* (the "Final Report and Motion"), pursuant to § 350(a) of the Bankruptcy Code, Fed R. Bankr. P. 3022 and Local Rule 3022-1(A), and respectfully requests this Court enter a final decree and close the bankruptcy case, and in support thereof, states as follows:

**Background**

1. The Debtor filed for Chapter 11 bankruptcy relief on August 13, 2025 (Dkt. No. 1).

2. On January 22, 2026, this Court entered an *Order Confirming the Debtor's Subchapter V Plan for Reorganization* (Dkt No. 95) (the "Order").

3. The Debtor's Chapter 11 Small Business Subchapter V Plan (Dkt. No. 65) (the "Plan") provided for a 16.5% distribution to general unsecured creditors.

4. There is one secured claim in this case held by the U.S. Small Business Administration in the amount of $157,574.79.

5. The Order, at ¶ 16 (page 10), states that the Debtor shall file a Final Report of Estate and Motion for Entry of Final Decree within 30 days after: (a) completion of all plan payments due within the first 3 years of the plan, or such longer period not to exceed 5 years as the court may fix, or (b) entry of a final order resolving all disputed claims.

6. The payments under the Plan have been initiated and all matters to be completed upon the effective date of the confirmed Plan have been fulfilled or completed.

7. The Plan effective date was February 23, 2026 (Dkt. No. 101).

8. The Debtor filed its Notice of Substantial Consummation on March 20, 2026 (Dkt. No. 102).

9. There are no pending adversary proceedings or contested matters which would affect the substantial consummation of this case, and the Debtor is not an individual.

10. All necessary administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof.

## Legal Analysis

11. Section 350(a) of the Bankruptcy Code provides: "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

12. Fed. R. Bankr. P. 3022, which implements the Bankruptcy Code's requirements, provides similarly that, "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

13. The term "fully administered" is not defined in either the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Note to Fed. R. Bankr. P. 3022, however, sets forth the following non-exclusive factors to be considered in determining whether a case has been fully administered:

> (1) whether the order confirming the plan has become final; (2) whether deposits required by the plan have been distributed; (3) whether the property proposed by the plan to be transferred has been transferred; (4) whether the debtor or its successor has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

14. In the instant case, the Order has become final, and the management of the property has been dealt with in accordance with the Plan.

15. In addition, there are no contested matters or adversary proceedings outstanding in the instant case.

16. Further, there are no deposits to be distributed or property to be transferred pursuant to the Plan.

17. Therefore, Debtor submits that the case is fully administered, and requests that this Court enter a final decree and close the instant case.

18. Prior to the deadline for objections to this Motion, the Debtor will file all operating reports and pay U.S. Trustee fees.

**WHEREFORE** the Debtor respectfully requests that this Court enter a final decree and close this fully administered case, and such other and further relief as the Court deems proper.

Dated: March 23, 2026

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 23rd day of March 2026, to all parties registered through CM/ECF and as listed on the attached copy of this Court's mailing matrix.

Dated: March 23, 2026

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500

Label Matrix for local noticing
113C-0
Case 25-19316-SMG
Southern District of Florida
Fort Lauderdale
Fri Mar 20 13:24:06 EDT 2026

American Express National Bank
80 Minuteman Rd
P.O. Box 9043
Andover, MA 01810-0943

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

NIBA Designs, Inc
3609 N 29th Ave
Hollywood, FL 33020-1003

United States of America, Small Business Adm
c/o Raychelle A. Tasher
Assistant U.S. Attorney
99 NE 4th Street
Third Floor
Miami, FL 33132-2131

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

BRE Alpha Industrial Property Owner, LLC
Attn: Industrial Property Mgmt
c/o Colliers International
602 W. Office Center Dr, Ste 200
Fort Washington, PA 19034-3274

Beth Arrowood
3609 N 29th Avenue
Hollywood, FL 33020-1003

Bill Me Later, Inc.
PO Box 208703
Dallas, TX 75320-8703

Capital One
PO Box 60519
City of Industry, CA 91716-0519

DMS/Professional Tax Alliance LLC
154 Main Street, Suite 104
Matawan, NJ 07747-4116

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Florida Power & Light
4200 W FLAGLER ST
RRD/LFO-BKY
CORAL GABLES, FL 33134-1606

Franchise Tax Board
PO BOX 2952
Bankruptcy Section MS A340
Sacramento, CA 95812-2952

(p)FUNDING CIRCLE
707 17TH STREET
SUITE 2200
DENVER CO 80202-3404

Global Merchants 7 Logistics P Ltd.
2nd Floor, NEFFA Building
Kalopul, Kathmandu 44600 Nepal

(p)ENRIQUE VASSALLO COLON
ATTN ENRIQUE VASSALLO COLON
1248 NORTH UNVERSITY DRIVE
MS 5730
PLANTATION FL 33322-4709

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

John Berryman
3609 N. 29th Avenue
Hollywood, FL 33020-1003

Loan Builder c/o Swift Financial LLC
Attn:  Bankruptcy Notice
2211 North First Street
San Jose, CA 95131-2021

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

SM I MMS LLC
dba Workspace Offices at Manhattan Mini
5030 Broadway Suite 601
New York, NY 10034-1615

State of New York Workers Compensation
Bureau of Compliance
P.O. Box 5200
Binghamton, NY 13902-5200

U.S. Attorney for SBA
99 NE 4th Street
Miami, FL 33132-2131

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416-0002

U.S. Small Business Administration
51 SW 1st Avenue, Suite 201
Miami, FL 33130-1625

U.S. Small Business Administration
CESC - SBA
14925 Kingsport Road
Fort Worth, TX 76155-2243

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

iBusiness Funding
PO Box 1719
Portland, OR 97207-1719

iBusiness Funding
PO Box 206536
Dallas, TX 75320-6536

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301-1163

Danielle Scire
DMS Bookkeeping, Inc.
154 Main Street
Suite 104
Matawan, NJ 07747-4116

Gary Hacker
Hacker & Romano
3300 N 29 Ave #102
Hollywood, FL 33020-1031

Tarek Kirk Kiem
8461 Lake Worth Road
Suite 114
Lake Worth, FL 33467-2474

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Funding Circle
707 17th Street, Suite 2200
Denver, CO 80202

Internal Revenue Service
1248 North University Drive
33322-2032

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Andrew B. Glaab, Esq.
Cohn & Dussi
255 State Street, Suite 7B
0210

(d)FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

(u)Ritesh Mehar
540/53 Jhamsikhel, Ward No. 3
North of Bhairabnath Temple Lalitpur, Ba

(u)Sichu Khairgoli
540/53 Jhamsikhel, Ward No. 3
North of Bhairabnath Temple Lalitpur, Ba

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 35 |
| Bypassed recipients | 4 |
| Total | 39 |