**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

NIBA DESIGNS, INC.,

Case No.: 25-19316-SMG
Chapter 11

Debtor-in-Possession.
_______________________________/

**NOTICE OF WITHDRAWAL OF**
**FINAL REPORT AND EX-PARTE MOTION FOR ENTRY OF FINAL DECREE**

NIBA DESIGNS, INC. (the "Debtor"), by and through undersigned counsel, hereby withdraws the *Final Report and Motion for Entry of Final Decree* filed on March 23, 2026 at Dkt. No. 103.

Dated: March 23, 2026

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500